812

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT J. MURPHY, Appellant.— Motion to enlarge time granted; appellant to perfect the appeal for the January, 1957 Term; appeal ordered to be placed on the calendar for Monday, January 7, 1957. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN ALOYSIUS NEAL, Appellant.— Motion for leave to appeal as a poor person denied. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM C. O'BRIEN, Appellant.— Motion for leave to appeal as a poor person denied. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PERRY JAMES STINNETTE, Appellant.— Motion to enlarge time granted; appellant to perfect the appeal for the January, 1957 Term; appeal ordered to be placed on the calendar for Monday, January 7, 1957. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES N. GLASSEROW, Appellant, against HARRY J. WORTHING, as Senior Director of Pilgrim State Hospital, Respondent.— Motion for assignment of counsel denied. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ARTHUR C. SCHULTZ, Appellant, against EDWARD M. FAY, as Warden of Green Haven State Prison, Respondent.— Motion to enlarge time granted; appellant to perfect the appeal for the November Term, beginning Monday, October 29 (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, without costs. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. VICTOR WHITREE, Appellant, against JOHN F. McNEILL, as Director of Matteawan State Hospital, Respondent.— Motion for leave to appeal as a poor person denied. Present — Nolan, P. J., Wenzel, Murphy, Ughetta and Kleinfeld, JJ.

■ REALTY ASSOCIATES, INC., et al., Appellants, v. CITY OF NEW YORK, Respondent.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Wenzel, Murphy, Ughetta and Kleinfeld, JJ. Motion for reargument and for other relief denied, without costs. Present — Beldock, Acting P. J., Murphy, Ughetta and Hallinan, JJ.

■ REGENCY PARK, INC., Appellant, v. ALFRED H. GIERE, Respondent.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ JAY ROSE, Respondent, v. INDIAN PARK ASSOCIATION, INC., Appellant. — Motion to extend time granted on condition that appellant perfect the appeal for the October Term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, with $10 costs. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ GLORIA SPIEGEL et al., Respondents, v. PAUL RUBINSTEIN, Appellant, and JOSEPH LO PRESTI, Respondent.— Motion by the defendant-respondent to dismiss appeal granted by default, without costs, and appeal dismissed. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.